**RECEIVED**

APR 2 3 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| John Burton<br>Paula Burton | | Case No.<br>1:07cv00192 |
| | Plaintiff(s), | |
| v. | | REQUEST FOR CLERKS ENTRY OF DEFAULT |
| United States | | |
| | Defendant. | |

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney the summons and complaint on February 12, 2007.

4. The record shows that the court ordered defendants plead or otherwise defend on or before April 13, 2007.

5. The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

6. The record shows that defendant failed to obey a lawful order of the court by failing to plead or otherwise defend on or before April 13, 2007.

Wherefore, plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated 4-18-          , 2007

_____
John Burton

_____
Paula Burton

John Burton v. United States.    page 1 of 1 pages    Motion for default