Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN BURTON, et al.

_____

   Plaintiff(s)

  V.

UNITED STATES GOVERNMENT

Civil Action No. 07-cv-00192-RMU

_____

   Defendant(s)

  UNITED STATES GOVERNMENT
RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 12, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of April, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
   Deputy Clerk