**RECEIVED**

MAY 1 4 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John Burton
Paula Burton

    Plaintiff(s),

v.

United States

    Defendant.

Case No 1:07cv00192

REQUEST FOR DETERMINATION
OF JUDGEMENT

1. Plaintiff(s) was granted an entry of default on April 26, 2007.

2. Plaintiff now requests that the Court enter judgement as requested in plaintiff's complaint.

Dated 5-9-_____, 2007

_____
John Burton

_____
Paula Burton