UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John Burton
Paula Burton
          Plaintiff(s),

Case No.
1:07cv00192 *AUU*

APPEAL

v.

United States
          Defendant.

    Plaintiff(s) appeal the decision of Judge Ricardo M. Urbiana made on May 18, 2007 dismissing the above entitled matter.

Dated  5-29-  , 2007

_John Burton_                          _Paula Burton_

### CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing on:
Pat Ginis
Ben Franklin Station
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated  5-29  , 2007

_John Burton_