# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5190**  **September Term, 2007**

07cv00192

Filed On:   FEB 2 1 2008

John Burton and Paula Burton,
    Appellants

v.

U.S. Government,
    Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**   Ginsburg, Tatel and Garland, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 18, 2007, be affirmed. Appellants failed to respond to appellee's arguments that the district court lacked subject matter jurisdiction and that, with regard to the claims concerning tax collection, appellants failed to state a claim on which relief may be granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/16/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
A True copy: Deputy Clerk

United States Court of Appeals
for the District of Columbia Circuit